In the Matter of the Probate of the Will of Josephine M. Erlwein, Deceased.

Present —
Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ.

In the Matter of Miles Markham, Jr., Petitioner, against Justice's Court, Town of Chenango, Broome County, et al., Respondents.—

Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ., concur.